```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 05 B 52225
   JOSEPH SKWATT
   CAROL SKWATT                                  CHAPTER 13

                                                 JUDGE: JOHN H SQUIRES

          Debtor
   SSN XXX-XX-9246      SSN XXX-XX-7741


-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/13/05 and confirmed on 01/10/06.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  28000.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| FIFTH THIRD BANK | SECURED | .00 | .00 | .00 |
| FIA CARD SERVICES | SECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 653.59 | .00 | 371.90 |
| ECAST SETTLEMENT CORP | UNSECURED | 2645.65 | .00 | 1505.42 |
| CAPITAL ONE BANK | UNSECURED | 1012.62 | .00 | 576.20 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6883.47 | .00 | 3916.81 |
| CHASE BANK | UNSECURED | 533.76 | .00 | 303.72 |
| NATIONAL CAPITAL MGMT LL | FILED LATE | .00 | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 3581.32 | .00 | 2037.83 |
| EXXON MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK OF O | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3158.00 | .00 | 1796.95 |
| HARRIS BANK JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 1982.80 | .00 | 1128.25 |
| MARSHALL FIELD | UNSECURED | 2218.53 | .00 | 1262.38 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2236.15 | .00 | 1272.41 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| PIER I IMPORTS INC | UNSECURED | 904.95 | .00 | 514.93 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5241.50 | .00 | 2982.50 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2553.34 | .00 | 1452.89 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2225.23 | .00 | 1266.19 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9245.66 | .00 | 5260.93 |
| WELLS FARGO FINANCIAL IN | SECURED | 800.00 | 103.66 | 800.00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 408.93 | .00 | 232.69 |

Summary of disbursements:

```
-----------------------------------------------------------------
                 SECURED    PRIORITY   UNSECURED     OTHER      TOTAL
-----------------------------------------------------------------
TOTAL CLMS ALLOWED  800.00      .00    45485.50       .00    46285.50
PRINCIPAL PAID      800.00      .00    25882.00       .00    26682.00
INTEREST PAID       103.66      .00         .00       .00      103.66
TOTAL PAID          903.66      .00    25882.00       .00    26785.66
```

The Debtor's attorney, MARK J STAUBER                 , was allowed $   2200.00
and was paid $   2200.00  direct and $        .00   through the plan.

The Trustee received $   1214.34 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/12/08                   /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 05 B 52225 JOSEPH SKWATT & CAROL SKWATT